UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSENTHAL & ROSENTHAL, INC.,

                            Plaintiff,

                -v-                                        20-CV-8651 (JPO)

COFACE NORTH AMERICA                                      ORDER
INSURANCE CO.,

                            Defendant.

J. PAUL OETKEN, District Judge:

        This case was removed from New York Supreme Court, New York County, on October

16, 2020.  Counsel for the plaintiff is directed to file an appearance with this Court no later than

November 2, 2020.

        Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by

October 27, 2020.

        SO ORDERED.

Dated:  October 20, 2020
       New York, New York

_____
               J. PAUL OETKEN
          United States District Judge