UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSENTHAL & ROSENTHAL, INC.,
                           Plaintiff,

-v-

COFACE NORTH AMERICA
INSURANCE CO.,
                           Defendant.

20-CV-8651 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

      All filing deadlines and conference dates are adjourned *sine die*.

      SO ORDERED.

Dated: February 10, 2021
      New York, New York

                                               J. PAUL OETKEN
                                             United States District Judge